1

2

3

4

5

6                           IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    ELEM INDIAN COLONY OF POMO                No. C 16-03081 WHA
      INDIANS OF THE SULPHUR BANK
11    RANCHERIA, A FEDERALLY
      RECOGNIZED INDIAN TRIBE,
12                                              **ORDER GRANTING REQUEST**
              Plaintiff,                        **TO EXCEED PAGE LIMIT**
13

14        v.

15    CEIBA LEGAL, LLP, et. al,

16            Defendants.
                                          /
17

18          Plaintiff's request to exceed the applicable page limits for its opposition brief is

19    **GRANTED**.  Plaintiff may file a 35-page consolidated opposition brief.

20

21          **IT IS SO ORDERED.**

22

23    Dated: September 6, 2016.

24                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE
25

26

27

28

**United States District Court**
For the Northern District of California