IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEM INDIAN COLONY OF POMO INDIANS OF THE SULPHUR BANK RANCHERIA, A FEDERALLY RECOGNIZED INDIAN TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>CEIBA LEGAL, LLP, et. al,<br><br>Defendants. | No. C 16-03081 WHA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART REQUEST FOR EXTENSION AND CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties submitted a joint stipulation asking the Court to extend the deadlines for briefing on the motions to dismiss such that the deadline for submission of the final brief would be September 28, 2016. The parties failed to take into consideration the need of the Court to prepare for the hearing on October 6, 2015. The parties' request is therefore **GRANTED IN PART AND DENIED IN PART**. Plaintiff shall file a response to the motions to dismiss by **SEPTEMBER 13, 2016**. As previously ordered, plaintiff may file a *single,* consolidated brief of 35 pages (but no more). Defendants shall file a reply brief by **SEPTEMBER 20, 2016.**

The case management conference is hereby **CONTINUED UNTIL OCTOBER 6, 2016, AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: September 8, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE