IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEM INDIAN COLONY OF POMO INDIANS OF THE SULPHUR BANK RANCHERIA, A FEDERALLY RECOGNIZED INDIAN TRIBE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CEIBA LEGAL, LLP, et. al,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　/ | No. C 16-03081 WHA<br><br>**ORDER GRANTING REQUEST FOR EXTENSION AND DENYING REQUEST TO CONTINUE HEARINGS** |

　　　The Court is in receipt of the parties' stipulation. The request for an extension as to defendants' deadline for filing the reply brief is **GRANTED**. Defendants shall have until **SEPTEMBER 27, 2016** to file a reply brief. The request to continue the hearing on the motion to dismiss and the case management conference is **DENIED**. The hearing and the case management conference shall take as place as scheduled on October 6, 2016.

　　　**IT IS SO ORDERED.**

Dated: September 16, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE