IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEM INDIAN COLONY OF POMO INDIANS OF THE SULPHUR BANK RANCHERIA, A FEDERALLY RECOGNIZED INDIAN TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>CEIBA LEGAL, LLP, et. al,<br><br>Defendants. | No. C 16-03081 WHA<br><br>**ORDER DENYING REQUEST FOR EXTENSION AND/OR STAY AND REFERRING CASE FOR MEDIATION/SETTLEMENT** |

The Court is in receipt of the parties' stipulation. The request for an extension and/or stay is **DENIED**. No further extensions will be granted.

This matter is hereby **REFERRED TO MAGISTRATE JUDGE NANDOR VADAS** for **MEDIATION/SETTLEMENT**.

**IT IS SO ORDERED.**

Dated: September 23, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE