IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELEM INDIAN COLONY OF POMO INDIANS OF THE SULPHUR BANK RANCHERIA, a federally recognized Indian tribe,

    Plaintiff,

  v.

CEIBA LEGAL, LLP, *et al.*,

    Defendants.
                                 /

No. C 16-03081 WHA

**ORDER DENYING STIPULATED REQUEST FOR SETTLEMENT CONFERENCE**

On October 13, the parties filed a stipulated request for an order mandating a "Settlement Conference for members of the groups acting as the Garcia Faction and Brown Faction Executive Committees" before Judge Vadas. The parties also requested that the order require "a list of core issues" to be submitted to the Court. The conference and list of issues are measures to facilitate settlement that the parties, in consultation with Judge Vadas, had previously agreed upon (Dkt. No. 58 at 2).

Although the Court is sympathetic to the idea of getting both factions together in a settlement conference, the Court can only order actual parties properly before it to join in these proceedings. Accordingly, the parties' stipulated request is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 18, 2016.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE