IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEM INDIAN COLONY OF POMO INDIANS OF THE SULPHUR BANK RANCHERIA, a federally recognized Indian tribe,<br><br>  Plaintiff,<br><br>  v.<br><br>CEIBA LEGAL, LLP; MICHAEL HUNTER; ANTHONY STEELE; DAVID BROWN; ADRIAN JOHN; PAUL STEWARD; NATALIE SEDANO GARCIA; KIUYA BROWN; and DOES 1-100 INCLUSIVE,<br><br>  Defendants. | No. C 16-03081 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Ceiba Legal, LLP, Michael Hunter, Anthony Steele, David Brown, Adrian John, Paul Steward, Natalie Sedano Garcia, Kiuya Brown, and Does 1-100 inclusive, and against the Elem Indian Colony of Pomo Indians of the Sulphur Bank Rancheria. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: November 3, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE