PAULA M. YOST (State Bar No. 156843)
paula.yost@dentons.com
IAN R. BARKER (State Bar No. 240223)
ian.barker@denton.com
DENTONS US LLP
One Market Plaza
Spear Tower, 24th Floor
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant
CEIBA LEGAL, LLP

[Counsel for Other Parties Listed on Signature Page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEM INDIAN COLONY OF POMO INDIANS OF THE SULPHUR BANK RANCHERIA, A FEDERALLY RECOGNIZED INDIAN TRIBE<br><br>Plaintiff,<br><br>vs.<br><br>CEIBA LEGAL, LLP, MICHAEL HUNTER, ANTHONY STEELE, DAVID BROWN, ADRIAN JOHN, PAUL STEWARD, NATALIE SEDANO GARCIA, KIUYA BROWN, AND DOES 1-100 INCLUSIVE,<br><br>Defendants. | Case No.: 3:16-cv-03081-WHA<br><br>STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR (1) FILING BILL OF COSTS AND (2) MOTION FOR ATTORNEY'S FEES BRIEFING AND HEARING<br><br>[L.R. 6-2] |

## STIPULATION

Plaintiff and defendants Ceiba Legal, LLP, Michael Hunter, Anthony Steele, David Brown, Adrian John, Natalie Sedano Garcia, and Kiuya Brown (collectively the "Undersigned

-1-
STIPULATION SETTING SCHEDULE FOR (1) FILING BILL OF COSTS AND (2) MOTION
FOR ATTORNEY'S FEES BRIEFING AND HEARING (L.R. 6-1)
Case No. 3:16-cv-03081-WHA

Parties") hereby stipulate and agree as follows, and respectfully request that the Court approve and give effect to their stipulation:

1. This Court granted the Motions to Dismiss of Ceiba Legal, LLP, and Michael Hunter, Anthony Steele, David Brown, Adrian John, Natalie Sedano Garcia, and Kiuya Brown ("Undersigned Defendants") on November 3, 2016. (ECF No. 63.)

2. Based on this Court's judgment, the Undersigned Defendants plan to file a motion for an order requiring Plaintiff pay attorney's fees of the Undersigned Defendants incurred in defending this action, which motion is currently due November 17, 2016.

3. Plaintiff desires that Gregory Fayard of Klinedinst PC handle all further proceedings in this case on Plaintiff's behalf, including defending any attorneys' fees motions. Mr. Fayard has represented that he expects today to receive formal documents substituting him in as counsel for Plaintiff in place of Jack Duran of Duran Law Office.

4. Counsel for the Undersigned Defendants have contacted Mr. Fayard to meet and confer for the purpose of attempting to resolve any disputes with respect to attorneys' fees and evaluate whether the Undersigned Parties can reach a negotiated solution without the need for a motion before this Court, as required by Local Rule 54-5(b)(1).

5. Mr. Fayard has represented that given his recent retention as counsel, additional time is required to develop an understanding of the history of this case and the merits of the proposed attorneys' fees motion and to allow the Undersigned Parties to complete the process required by Local Rule 54-5(b)(1) and attempt to resolve whether the Undersigned Defendants are entitled to Plaintiff's payment of their attorneys' fees.

6. Because of Mr. Fayard's recent retention, the substantial work required to brief an attorneys' fees motion should one be necessary, and counsel's existing scheduling limitations, the Undersigned Parties wish to agree to a mutually convenient schedule for submitting any bill of costs and for briefing and hearing any attorneys' fees motion.

7. The Undersigned Parties agree that the interest of judicial economy and convenience of the Undersigned Parties would be furthered by setting, and ask the Court to set,

-2-
STIPULATION SETTING SCHEDULE FOR (1) FILING BILL OF COSTS AND (2) MOTION FOR ATTORNEY'S FEES BRIEFING AND HEARING (L.R. 6-1)
Case No. 3:16-cv-03081-WHA

101897427\V-6

the following schedule, which Mr. Fayard has confirmed is acceptable to him:

    a. Motion(s) for attorney's fees and any bill(s) of costs due November 30, 2016;

    b. Opposition brief(s) to motion(s) for attorney's fees due December 22, 2016;

    c. Reply brief(s) on motion(s) for attorney's fees due January 10, 2017; and

    d. Hearing on the motion(s) for attorney's fees on January 26, 2017, or another date convenient to the Court.

8.   This time modification will not effect the schedule of this case, and serves to enlarge the time allowed for a motion for attorney's fees and filing of a bill of costs under Fed. R. Civ. P. 54(d). (*See* L.R. Civ. 6-2(a)(3).)

Respectfully submitted,

Dated: November 15, 2016    DENTONS US LLP

   /s/ Ian R. Barker
   Ian R. Barker

Attorneys for Defendant Ceiba Legal, LLP

Dated: November 15, 2016    DURAN LAW OFFICE

   /s/ Jack Duran, Jr.
   Jack Duran, Jr.

Attorneys for Plaintiff Elem Indian Colony of Pomo Indians of the Sulphur Bank Rancheria

-3-
STIPULATION SETTING SCHEDULE FOR (1) FILING BILL OF COSTS AND (2) MOTION FOR ATTORNEY'S FEES BRIEFING AND HEARING (L.R. 6-1)
Case No. 3:16-cv-03081-WHA

101897427\V-6

| | | |
|---|---|---|
| Dated: November 15, 2016 | | BRADY & VINDING |

/s/ Michael Brady
Michael Brady

Attorneys for Defendants Michael Hunter, Anthony Steele, David Brown, Adrian John, Natalie Sedano Garcia, and Kiuya Brown

Dated: November 15, 2016    CEIBA LEGAL, LLP

/s/ Little Fawn Boland
Little Fawn Boland

Attorneys for Defendants David Brown, Adrian John, Natalie Sedano Garcia, and Kiuya Brown

DENTONS US LLP
ONE MARKET PLAZA
SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**ATTESTATION OF E-FILED SIGNATURES**

I, Ian R. Barker, am the ECF user whose ID and password are being used to file this Joint Stipulation Extending Defendants' Time to Respond to the Complaint.  In compliance with Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.

Dated:  November 15, 2016                    DENTONS US LLP

                                                             /s/ Ian R. Barker
                                                Ian R. Barker

                                                Attorneys for Defendant
                                                Ceiba Legal, LLP

DENTONS US LLP
ONE MARKET PLAZA
SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

[PROPOSED] ORDER

The Court, having reviewed the foregoing Stipulation, and good cause appearing, orders as follows:

1. ~~The Undersigned~~ Defendants are granted leave to file motion(s) for attorney's fees and any bill(s) of costs on or before November 30, 2016.

2. Plaintiff is granted leave to oppose the motion(s) for attorney's fees on or before ~~December 22, 2016.~~  December 14, 2016.

3. ~~The Undersigned~~ Defendants are granted leave to file reply brief(s) to Plaintiff's opposition(s) to the motion(s) for attorney's fees on or before ~~January 10, 2017.~~  December 21, 2016.

4. The motion for attorney's fees is set for hearing before this Court on ~~January 26, 2017.~~  January 5, 2017.

**PURSUANT TO STIPULATION (AS MODIFIED), IT IS SO ORDERED.**

Dated:   November 16, 2016.

_____
UNITED STATES DISTRICT JUDGE