Gregory T. Fayard, Bar No. 212930
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
gfayard@klinedinstlaw.com

Attorneys for Plaintiff
ELEM INDIAN COLONY OF POMO
INDIANS OF THE SULPHUR BANK
RANCHERIA, A FEDERALLY
RECOGNIZED INDIAN TRIBE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEM INDIAN COLONY OF POMO INDIANS OF THE SULPHUR BANK RANCHERIA, A FEDERALLY RECOGNIZED INDIAN TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>CEIBA LEGAL, LLP, MICHAEL HUNTER, ANTHONY STEELE, DAVID BROWN, ADRIAN JOHN, PAUL STEWARD, NATALIE SEDANO GARCIA, KIUYA BROWN, and DOES 1-100 inclusive,<br><br>Defendants. | Case No. 3:16-cv-03081-WHA<br><br>~~STIPULATION AND [PROPOSED]~~ ORDER SETTING HEARING DATE FOR MOTION FOR ATTORNEY'S FEES |

**STIPULATION**

Plaintiff and defendants Ceiba Legal, LLP, Michael Hunter, Anthony Steele, David Brown, Adrian John, Natalie Sedano Garcia, and Kiuya Brown (collectively the "Undersigned Parties") hereby stipulate and agree as follows, and respectfully request that the Court approve and give effect to their stipulation:

1. This Court granted the Motions to Dismiss of Ceiba Legal, LLP, and Michael Hunter, Anthony Steele, David Brown, Adrian John, Natalie Sedano Garcia, and Kiuya Brown ("Undersigned Defendants") on November 3, 2016. (ECF No. 63.)

2. On November 16, 2016, Gregory Fayard of Klinedinst PC substituted in as counsel for Plaintiff, and will handle all further proceedings in this case, including defending any attorneys' fees motions. (ECF No. 67.)

3. On November 16, 2017, per a Stipulation and Order (ECF No. 66), the Undersigned Defendants intend to file a motion for attorneys fees and bill of costs;

4. Per Court order, the hearing on that motion is set for January 5, 2017. (ECF No. 66)

5. Mr. Fayard will be out of the country on a preplanned, prepaid, nonrefundable mission trip to the Dominican Republic, December 27, 2016 through January 8, 2017. (See attached letter).

6. In light of Mr. Fayard's unavailability, the parties stipulate to moving the hearing on Undersigned Defendants' motion for attorneys' fees from January 5, 2017 to January 12 or 19, 2017.

**SO STIPULATED.**

Dated: November 28, 2016          Respectfully submitted,

DENTONS US LLP

*/s/ Ian R. Barker*
Ian R. Barker

Attorneys for Defendant Ceiba Legal, LLP

Dated: November 28, 2016          KLINEDINST PC

*/s/ Gregory T. Fayard*
Gregory T. Fayard

Attorneys for Plaintiff Elem Indian Colony of Pomo Indians of the Sulphur Bank Rancheria

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

Dated:  November 28, 2016          BRADY & VINDING

                                                                    */s/ Michael Brady*
                                                                   Michael Brady

Attorneys for Defendants Michael Hunter, Anthony Steele, David Brown, Adrian John, Natalie Sedano Garcia, and Kiuya Brown

Dated:  November 28, 2016          CEIBA LEGAL, LLP

                                                                    */s/ Little Fawn Boland*
                                                                    Little Fawn Boland

Attorneys for Defendants David Brown, Adrian John, Natalie Sedano Garcia, and Kiuya Brown

**ATTESTATION OF E-FILED SIGNATURES**

I, Gregory T. Fayard, am the ECF user whose ID and password are being used to file this Joint Stipulation Extending Defendants' motion for attorney's fees. In compliance with Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.

Dated:  November 28, 2016

KLINEDINST PC

*/s/ Gregory T. Fayard*
Gregory T. Fayard

Attorneys for Plaintiff

**[PROPOSED] ORDER**

The Court, having reviewed the foregoing Stipulation, and good cause appearing, orders as follows:

1. The hearing on the motion for attorney's fees is moved from January 5, 2017 to ~~January [12 or 19], 2017, or another date mutually convenient to the court and parties after January 10, 2017.~~  January 12, 2017.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   November 29, 2016.

_____
UNITED STATES DISTRICT JUDGE

16825784v1