IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELEM INDIAN COLONY OF POMO INDIANS OF THE SULPHUR BANK RANCHERIA, a federally recognized Indian tribe,

    Plaintiff,

  v.

CEIBA LEGAL, LLP, *et al.*,

    Defendants.

No. C 16-03081 WHA

**ORDER RE HEARING ON MOTION FOR ATTORNEY'S FEES**

    Defense counsel shall bring to the hearing on defendants' motion for attorney's fees all invoices reflecting the work for which fees are sought. The invoices shall be those actually presented to counsel's clients, including invoices for counsel retained to represent defendants' counsel, and shall not be redacted. Counsel shall please refrain from inventing or modifying invoices or descriptions after the fact. In addition, counsel for both sides shall bring to the hearing all original time notes for time spent working on this action. All of the foregoing will be subject to the Court's *in camera* review as necessary to determine the reasonable amount, if any, of fees to be awarded based on the instant motion.

    **IT IS SO ORDERED.**

Dated: January 10, 2017.



WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE