IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELEM INDIAN COLONY OF POMO
INDIANS OF THE SULPHUR BANK
RANCHERIA, a federally recognized
Indian tribe,

    Plaintiff,

  v.

CEIBA LEGAL, LLP, *et al.*,

    Defendants.
                                 /

No. C 16-03081 WHA

**ORDER GRANTING
EXTENSION OF TIME TO
RESPOND TO AWARD OF
ATTORNEY'S FEES**

A prior order awarded defendants attorney's fees and directed both sides to either unequivocally accept the amount of the fee award — while preserving the question of entitlement to said award — or request appointment of a special master to further evaluate the same (Dkt. No. 83). Plaintiff accepted the amount awarded (Dkt. No. 85), but defendants requested either appointment of a special master or more time to reach "an agreement that would make further litigation over the [fee] award unnecessary" (Dkt. No. 86). Per defendants' request, the deadline for both sides to file their statements regarding the amount awarded is extended from February 9 to **FEBRUARY 17 AT NOON**.

    **IT IS SO ORDERED.**

Dated: February 9, 2017.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE